IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERARDO LUIS RODRIGUEZ RAMOS, Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA <br> Respondent. | Criminal Action No. <br> 1:97-cr-00128-SDG-AJB <br><br> Civil Action No. <br> 1:21-cv-04175-SDG-AJB |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation entered by United States Magistrate Judge Alan J. Baverman [ECF 102], which recommends that Movant's § 2255 motion [ECF 101] be dismissed as untimely. Neither party filed objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Final Report and Recommendation [ECF 102] as the order of this Court.

**SO ORDERED** this the 5th day of January, 2022.

Steven D. Grimberg
United States District Court Judge